# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DWAYNE STOVALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-024 |
| MELISSA POOLE, DETECTIVE MELVIN KESNER, DETECTIVE CHARLES WOODALL, OMAR JOHNSON, and MRS. MIDDLETON, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15 day of July, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA