# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DWAYNE STOVALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-024 |
| MELISSA POOLE, DETECTIVE<br>MELVIN KESNER, DETECTIVE<br>CHARLES WOODALL,<br>OMAR JOHNSON, and MRS.<br>MIDDLETON, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15 day of July, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA